# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| CHARMANE SMITH, | ) | |
| Plaintiff, | )<br>) | |
| v. | ) | No. 2:19-cv-02656-SHL-dkv |
| THOMAS L. PARKER, *Judge,* | )<br>) | |
| Defendant. | )<br>) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S REQUEST TO PROCEED *IN FORMA PAUPERIS* AND *PRO SE* MOTION FOR LEAVE AND RELIEF FROM ORDER

Before the Court is Magistrate Judge Diane K. Vescovo's ("Magistrate Judge") Report and Recommendation ("Report") (ECF No. 6), filed November 21, 2019, recommending that the Court deny Plaintiff's Motions to Proceed In Forma Pauperis (ECF No. 2) and for Leave and Relief From Order (ECF No. 3.)

A magistrate judge may submit to a judge of the court proposed findings of fact, proposed conclusions of law and recommendations for summary judgment. 28 U.S.C. § 636(b)(1)(A)–(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff has filed no objections to the Magistrate Judge's Report, and the deadline to do so has now passed. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and **DENIES** Plaintiff's Motions to Proceed In Forma Pauperis (ECF No. 2) and for Leave and Relief From Order (ECF No. 3.)

Plaintiff is **ORDERED** to pay the $400.00 civil filing fee within fourteen (14) days of the entry of this Order.  If Plaintiff fails to pay the filing fee within the allotted time, her complaint will be dismissed without further notice.

      **IT IS SO ORDERED,** this 9th day of December, 2019.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE